# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:96-00051 |
| ) | JUDGE SHARP |
| MATTHEW OTIS CHARLES ) | |

## MOTION FOR EXTENSION OF TIME

Matthew Otis Charles, through counsel, asks that the Court grant him an extension of time to file a reply to the Government's response in opposition to his request for a reduction in sentence. Mr. Charles filed his Petition for Reduction in Sentence on March 12, 2013; the Government filed its response on May 1, 2014; and Mr. Charles then requested, and was granted, leave to file a reply by May 15, 2014. Since the setting of that reply deadline, undersigned counsel has been out of the office for several days on sick leave and needs additional time to draft a proper reply to the Government's response to his motion.

**WHEREFORE**, Mr. Charles respectfully requests that the Court grant him an extension of two weeks, that is until May 29, 2015, to file a reply.

Respectfully submitted,

s/ *Mariah A. Wooten*
Mariah A. Wooten (BPR# 006259)
First Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, Tennessee 37203
615-736-5047
Attorney for Matthew Otis Charles