UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | CASE NO. 3:96-00051 |
| | ) | JUDGE KEVIN H. SHARP |
| MATTHEW OTIS CHARLES | ) | |

**O R D E R**

Pending before the Court is the Government's Unopposed Motion to Reset Hearing (Docket No. 189).

The motion is GRANTED and the hearing scheduled for September 4, 2014, is hereby rescheduled for Thursday, September 18, 2014, at 1:30 p.m.

IT IS SO ORDERED.

*[signature: Kevin H. Sharp]*

KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE