UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **vs.** | ) | CASE NO. 3:96-00051 |
| | ) | JUDGE KEVIN H. SHARP |
| **MATTHEW OTIS CHARLES** | ) | |

**O R D E R**

Pending before the Court is the Defendant's Unopposed Motion to Continue Resentencing Hearing (Docket No. 191).

The motion is GRANTED and the hearing scheduled for September 18, 2014, is hereby rescheduled for Friday, January 16, 2015, at 10:30 a.m.

The United States Marshal shall produce the Defendant at the hearing.

IT IS SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE