

U.S. Department of Justice

United States Marshals Service

*Middle District of Tennessee*

*Nashville, TN 37203*

May 09, 2018

Matthew Otis Charles
405 South 14th Street, Room 2
Nashville, TN 37206

Re: Case # 3:96-cr-00051

Mr. Charles,

    This letter is to advise you that you have been **re-designated** by the Federal Bureau of Prisons to **FCI Williamsburg,** located at **8301 Highway 521, Salters, South Carolina 29590,** for the service of your sentence. The telephone number for this institution is (843) 387-9400. You must report to this facility by **2:00 PM (CST) on Monday, May 14, 2018.**

    If you are unable to report to FCI Williamsburg on May 14, 2018, then you must report to the U.S. Marshals Service office by 12:00 PM on May 14, 2018. The address for our office is **110 9th Avenue South, Room A-750, Nashville, TN 37203.** Our telephone number is **(615) 736-5417,** if you have any questions regarding this matter.

    Please be advised that failing to report for the service of your sentence is a separate federal offense and may be punishable by an additional 5 years of imprisonment, which is consecutive to any other previously imposed sentence.

*John Hargis*
John Hargis
Deputy U.S. Marshal

Louise W. Kelton
U.S. Marshal