UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| v. | ) NO. 3:96-CR-00051 |
| | ) JUDGE TRAUGER |
| | ) |
| MATTHEW OTIS CHARLES | ) |

**MOTION TO ALLOW COUNSEL TO PROVIDE COPY OF DOCKET NO. 197
TO MATTHEW CHARLES AND LEGAL COUNSEL**

Comes undersigned counsel and moves this Honorable Court to allow her to provide a copy of Docket No. 197 (Sealed Sentencing Memorandum and Exhibits) to Mr. Matthew Otis Charles and other legal counsel who have been assisting Mr. Charles in a Petition for Clemency and other legal matters.

For cause, it is averred that on January 15, 2015, undersigned counsel filed a Sealed Sentencing Memorandum with exhibits in the above-styled case and attached the following as exhibits to the Sealed Sentencing Memorandum:

Exhibit 1 – BOP Progress Report;

Exhibit 2 – Inmate Education Transcript; and

Exhibit 3 – Completion Certificates.

Mr. Charles is pursuing, *inter-alia*, a Petition for Clemency, and seeks to utilize information contained in the above-named document.

Wherefore, undersigned counsel respectfully requests that she be allowed to provide a copy of the Sealed Sentencing Memorandum and attached exhibits to Mr. Matthew Otis Charles and other legal counsel who have been assisting Mr. Charles in a Petition for Clemency and other legal matters.

Respectfully submitted,

*s/ Mariah A. Wooten*
MARIAH A. WOOTEN (BPR# 006259)
First Assistant Federal Public Defender

*s/ Michael C. Holley*
MICHAEL C. HOLLEY
Assistant Federal Public Defender

OFFICE OF THE FEDERAL PUBLIC DEFENDER
810 Broadway, Suite 200
Nashville, TN 37203

Attorneys for Matthew Charles

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2018, I electronically filed the foregoing *Motion to Allow Counsel to Provide Copy of Document No. 197 to Matthew Charles and Legal Counsel* with the U.S. District Court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Cecil VanDevender, Assistant United States Attorney, 110 Ninth Avenue South, Suite A961, Nashville, TN 37203.

/s/ *Mariah A. Wooten*
MARIAH A. WOOTEN

2

Case 3:96-cr-00051   Document 247   Filed 06/04/18   Page 2 of 2 PageID #: 749