UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

**Motion GRANTED.**

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | NO. 3:96-CR-00051 |
| | ) | JUDGE TRAUGER |
| | ) | |
| MATTHEW OTIS CHARLES | ) | |

### MOTION TO ALLOW COUNSEL TO PROVIDE COPY OF DOCKET NO. 197 TO MATTHEW CHARLES AND LEGAL COUNSEL

Comes undersigned counsel and moves this Honorable Court to allow her to provide a copy of Docket No. 197 (Sealed Sentencing Memorandum and Exhibits) to Mr. Matthew Otis Charles and other legal counsel who have been assisting Mr. Charles in a Petition for Clemency and other legal matters.

For cause, it is averred that on January 15, 2015, undersigned counsel filed a Sealed Sentencing Memorandum with exhibits in the above-styled case and attached the following as exhibits to the Sealed Sentencing Memorandum:

Exhibit 1 – BOP Progress Report;

Exhibit 2 – Inmate Education Transcript; and

Exhibit 3 – Completion Certificates.

Mr. Charles is pursuing, *inter-alia*, a Petition for Clemency, and seeks to utilize information contained in the above-named document.

Wherefore, undersigned counsel respectfully requests that she be allowed to provide a copy of the Sealed Sentencing Memorandum and attached exhibits to Mr. Matthew Otis Charles and other legal counsel who have been assisting Mr. Charles in a Petition for Clemency and other legal matters.