# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff, ) | |
| ) | Criminal No. 3:96-cr-00051 |
| v. ) | Judge Trauger |
| MATTHEW OTIS CHARLES ) | |
| Defendant, ) | |

## ORDER

The defendant has filed a Motion for Imposition of a Reduced Sentence Pursuant to Section 404 of the First Step Act (Docket No. 251), to which the government has filed a Response, stating that there is no opposition to the motion. The defendant's motion has merit and, therefore, is GRANTED. The defendant's sentence on Counts 1, 4, and 7 of the Indictment in this case is hereby REDUCED to time served pursuant to Section 404 of the First Step Act. The defendant having already served the sentences imposed on the other counts in this case, is entitled to immediate release.

It is so **ORDERED**.

ENTER this 3rd day of January 2019.

_____
ALETA A. TRAUGER
U.S. District Judge